1  MICHAEL T. LUCEY  (SBN: 099927)
   HEATHER A. IRWIN  (SBN: 203203)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054
   mlucey@gordonrees.com
5  mlaurenson@gordonrees.com

6  Attorneys for Defendants
   DEFENDANT JOHN C. FREMONT
7  HEALTHCARE DISTRICT

8

                    UNITED STATES DISTRICT COURT

                      EASTERN OF CALIFORNIA


| UNITED STATES OF AMERICA, ex rel. and Plaintiff MARIA ELENA FUENTES, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN C. FREMONT HEALTHCARE DISTRICT, and DOES 1-50,<br><br>Defendant. | CASE NO. 1:13-CV-00234-LJO-GSA<br><br>*AMENDED* **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

   Whereas, following extensive prelitigation efforts to resolve this matter, the parties continue to discuss settlement and believe with some brief additional time they may be able to resolve the case without the court's assistance; and,

   Whereas, Defendant's responsive pleading is due and the Mandatory Scheduling Conference is set for October 15;

   Therefore, the parties through their attorneys, stipulate to continue Defendant's time to respond to the complaint by 30 days until November 5, 2014, and request that the Mandatory Scheduling Conference be continued by 49 days until December 3, 2014.

   ///

   ///

-1-
*AMENDED* STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

|   |   |
|---|---|
| Dated:  October 9, 2014 | GORDON & REES LLP |
|   |   |
|   | By:  */s/ Heather A. Irwin*  <br>        Heather A. Irwin <br> Attorneys for Defendants <br> DEFENDANT JOHN C. FREMONT <br> HEALTHCARE DISTRICT |
|   |   |
| Dated:  October 8, 2014 | PHYSICIANS' ADVOCATES |
|   |   |
|   | By:  */s/ Charles Bond*  <br>        Charles Bond <br> Attorneys for Relator and Plaintiff <br> Maria Elena Fuentes, M.D. |

Good cause appearing therefore based upon the above stipulation of the parties, IT IS ORDERED that Defendant shall have until November 5, 2014, to respond to the complaint, and the Mandatory Scheduling Conference is continued to December 3, 2014, at 10:00 before Magistrate Gary S. Austin.

IT IS SO ORDERED.

Dated:  **October 9, 2014**           **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

-2-

*AMENDED* STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE