1  MICHAEL T. LUCEY  (SBN: 099927)
   MICHAEL A. LAURENSON  (SBN: 190023)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054
   mlucey@gordonrees.com
5  mlaurenson@gordonrees.com

6  Attorneys for Defendants
   DEFENDANT JOHN C. FREMONT HEALTHCARE DISTRICT
7
   CHARLES BOND  (SBN: 060611)
8  MATTHEW A. BRINEGAR  (SBN: 277517)
   PHYSICIANS' ADVOCATES
9  821 Bancroft Way
   Berkeley, CA 94710
10 Telephone: (510) 841-7500
   Facsimile:  (510) 841-5022
11 cb@physiciansadvocates.com
   mb@physiciansadvocates.com
12
   Attorneys for Relator and Plaintiff
13 MARIA ELENA FUENTES, M.D.

14
                    UNITED STATES DISTRICT COURT
15
                     EASTERN OF CALIFORNIA
16

17 UNITED STATES OF AMERICA, ex rel. and  )  CASE NO. 1:13-CV-00234-LJO-GSA
   Plaintiff MARIA ELENA FUENTES, M.D.    )
18                                        )  **JOINT NOTICE OF SETTLEMENT**
                      Plaintiffs,         )
19                                        )
        vs.                               )
20                                        )
   JOHN C. FREMONT HEALTHCARE             )
21 DISTRICT, and DOES 1-50,               )
                                          )
22                    Defendant.          )
                                          )
23

24     The parties are pleased to inform the Court that a settlement has been reached in this

25 matter which will be completed in 30 days, after which time the parties anticipate filing a

26 stipulation and agreed order of dismissal.  The parties request that the scheduling conference be

27 continued an appropriate time to allow for dismissal of the case.

28

-1-
JOINT NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| Dated: January 7, 2015 | | GORDON & REES LLP |
| | By: | */s/ Michael A. Laurenson* |
| | | Michael A. Laurenson |
| | | Attorneys for Defendants |
| | | DEFENDANT JOHN C. FREMONT HEALTHCARE DISTRICT |
| Dated: January 7, 2015 | | PHYSICIANS' ADVOCATES |
| | By: | */s/ Matthew A. Brinegar* |
| | | Matthew A. Brinegar |
| | | Charles Bond |
| | | Attorneys for Relator and Plaintiff |
| | | MARIA ELENA FUENTES, M.D. |

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1081793/21783760v.1