# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. and Plaintiff MARIA ELENA FUENTES, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN C. FREMONT HEALTCARE DISTRICT, and DOES 1-50,<br><br>Defendants. | 1:13-CV-00234-LJO-GSA<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 28) |

Based on all Parties' stipulation to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Doc. 28, and with the consent of the United States, Doc. 27, this Court:

1. DISMISSES with prejudice this entire action, with the exception of the First through Third Causes of Action in Plaintiff's First Amended Complaint;

2. DISMISSES without prejudice the First through Third Causes of Action in Plaintiff's First Amended Complaint;

3. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

SO ORDERED
Dated: March 4, 2015

/s/ Lawrence J. O'Neill
United States District Judge